# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### MINUTES OF PROCEEDINGS

Date: 9/27/99

**Newark, NJ**

**Judge:** Politan (Hedges)

**Court Reporter:** _____

**Deputy Clerk:** Nadine Mauro

**Other:** _____

**Docket #** 98-3660

**Title of Case:**

ENGERS v. AT&T

FILED SEP 27 1999 AT 8:30

**Appearances:**

No Appearances

**Nature of Proceedings:**

Proclamation made on pltf's motion to compel complete automatic disclosures on counts that are subject to motion to dismiss.  ORDERED MOTION DENIED.

**Adjourned to:** _____

**Time Commenced:** _____

**Time Adjourned:** _____

Nadine Mauro
Deputy Clerk