Stephen R. Bruce
Suite 210
805 15th St., NW
Washington, D.C. 20005
(202) 371-8013   SRB-1240
Attorney for Plaintiffs

**FILED**

APR 1 4 2000

AT 8:30............M
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

PHILLIP C. ENGERS, WARREN J. MCFALL
and DONALD G. NOERR, individually and
on behalf of all others similarly situated,

    Plaintiffs,

vs.

AT&T and AT&T MANAGEMENT
PENSION PLAN,

    Defendants.

Civil Action No. 98-CV-3660 (NHP)

**NOTICE OF PLAINTIFFS'
MOTION FOR
PRELIMINARY INJUNCTION
OR RULE 23(d) ORDER**

    PLEASE TAKE NOTICE that on May 8, 2000, at 10:00 a.m., or as soon thereafter as counsel may be heard, the Plaintiffs' attorneys shall move for an Order, pursuant to Federal Civil Rules 23(d) and 65 and the Age Discrimination in Employment Act, 29 U.S.C. § 626(f), enjoining Defendant AT&T's solicitation of unknowing waivers from prospective class members while defense motions have been pending that have forestalled class certification.

    PLEASE TAKE FURTHER NOTICE that Plaintiffs shall rely on the reasons detailed in the accompanying Brief and Certification of Gerald Smit, as well as the existing record in this matter.