THE DOCKET

JUN 1 1 2001

WILLIAM T. WALSH, CLERK
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED
CLERK

2001 JUN -7  A II: 53

PHILLIP ENGERS, et al.,      :      CIVIL ACTION NO. 98-3660

          Plaintiffs,        :      HON. NICHOLAS H. POLITAN

v.                           :          O R D E R

AT&T CORP., et al.,          :

          Defendants.        :

FILED
JUN 7 2001
AT 8:30
WILLIAM T. WALSH
CLERK

     **THIS MATTER** having come before the Court on the motion
of the named plaintiffs, Philip C. Engers, Warren J McFall,
Donald G. Noerr, and Gerald Smit to certify this matter as a
class action; and the Court having considered the moving papers
of the parties; and the Court having heard oral argument on
January 23, 2001; and for the reasons set forth in the
accompanying Letter Opinion; and for good cause shown,

     IT IS on this day of June, 2001,

     **ORDERED** that the Ninth Claim for Relief in the
plaintiffs' Second Amended Class Action Complaint be and hereby
is **DISMISSED**; and it is further

     **ORDERED** that the plaintiffs shall submit, within thirty
(30) days of the date of this Order, evidence which would tend to
counter the defendants' contention that none of the named

1