| | |
|---|---|
| PHILLIP C. ENGERS, WARREN J. MCFALL DONALD G. NOERR, and GERALD SMIT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T and AT&T MANAGEMENT PENSION PLAN,<br><br>Defendants. | : UNITED STATES DISTRICT COURT<br>: DISTRICT OF NEW JERSEY<br>:<br>:<br>:<br>:<br>:<br>: C.A. No. 98-CV-3660 (JLL)<br>:<br>:<br>:<br>: |

## ~~PROPOSED~~ ORDER

Upon consideration of the Plaintiff Class' Motion for Leave to Amend Complaint and Class

Definition under Fed. R. Civ. P. 15 and 23(c)(1)(C), and the entire record in this matter;

IT IS this _____ day of _____ *Nov* _____, 2004,

ORDERED that Plaintiffs' motion is hereby ~~GRANTED~~ *DENIED leave* to file the attached Fourth

Amended Class Action Complaint. ~~The Plaintiffs are directed to file the original with the Clerk of~~ *in the form submitted. Plaintiff may submit new form of order to allow new legal theories only to be pled.*

~~the Court, and it is further,~~

~~ORDERED that the class definition in the Court's Order dated November 19, 2001 is hereby~~

~~redefined for purposes of the ERISA Claims to remove the proviso that the class member must be~~

~~"currently over age forty."~~

_____
~~HONORABLE JOSE L. LINARES, U.S.D.J.~~