Resnick Nirenberg & Siegler
101 Eisenhower Parkway, Suite 300
Roseland, New Jersey 07068
(973) 795-1240
Attorneys for Plaintiff
Jonathan I. Nirenberg (JIN 2954)
jnirenberg@njemploymentlawfirm.com

_____

| | |
|---|---|
| PHILLIP C. ENGERS, WARREN J. MCFALL, DONALD G. NOERR, and GERALD SMIT, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>vs.<br><br>AT&T and AT&T MANAGEMENT PENSION PLAN,<br><br>          Defendants. | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br><br><br><br><br>C.A. No. 98-CV-3660<br>(SRC/CCC) |

_____

**PLAINTIFFS' NOTICE OF MOTION FOR RECONSIDERATION OF DISMISSALS OF THE CLASS' FIRST, SECOND AND NINTH CLAIMS FOR RELIEF BASED ON AGE DISCRIMINATION**

TO:   Christopher Mills and Patricia Robinson
      Fisher & Phillips
      Corporate Park III
      580 Howard Avenue
      Somerset, NJ 08873

PLEASE TAKE NOTICE that on October 23, 2006, at 9:00 a.m. or as soon

thereafter as counsel may be heard, the undersigned counsel for the named

Plaintiffs are moving before the Honorable Stanley R. Chesler, U.S.D.J., for an

Order granting reconsideration of the June 29, 2000 and June 6, 2001 dismissals of the Class' First, Second and Ninth Claims for Relief (the "age discrimination" claims) in light of *Smith v. City of Jackson*, 544 U.S. 228 (2005), the Treasury Department's explanation of the unambiguous statutory term "any age," four subsequent district court decisions, and the August 2006 Pension Protection Act.

PLEASE TAKE FURTHER NOTICE that Plaintiffs rely on the enclosed Memorandum of Law and all papers previously filed with the Court in this matter. A Proposed Order accompanies this Motion and oral argument is requested.

Dated: September 27, 2006

Respectfully submitted,

/s/ Stephen R. Bruce
Stephen R. Bruce
805 15th St., NW, Suite 210
Washington, DC 20005
(202) 371-8013

Edgar Pauk
144 E. 44th St., Suite 600
New York, NY 10017
(212) 983-4000

s/ Jonathan Nirenberg
Jonathan I. Nirenberg
101 Eisenhower Parkway
Suite 300
Roseland, NJ 07068
(973) 795-1240

Attorneys for Plaintiffs