UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| PHILIP C. ENGERS, ET AL., : | |
| : | Civil Action No. 98-3660 (SRC) (CCC) |
| Plaintiff(s) : | |
| : | SCHEDULING ORDER |
| -vs- : | |
| AT&T, ET AL., : | |
| Defendant(s) : | |

**THIS MATTER** having been brought before the Court by way of a telephone status/settlement conference on November 4, 2009; and for good cause shown;

**IT IS** on 12th day of November, 2009

**ORDERED THAT**:

1. Aon Consulting, Inc. ("Aon") shall produce its privilege log by **November 6, 2009**.

2. Defendant shall produce documents regarding Robert Allen's pension calculation by **November 18, 2009**.

3. Aon shall produce the newly-discovered hard drive documents by **December 4, 2009**.

4. The deposition of Scott Macey shall be completed by **December 31, 2009**.

5. Any motions for summary judgment shall be filed after the close of fact discovery, but no later than **January 15, 2010**.

6. Expert discovery is closed. With the exception of the above-referenced production, all other fact discovery is closed. No further discovery applications shall be entertained.

7.  There shall be a telephone status/settlement conference on **January 5, 2010 at 11:00 a.m.**  Counsel for Plaintiffs shall initiate the call.


*s/ Claire C. Cecchi*
**HON. CLAIRE C. CECCHI**
**United States Magistrate Judge**

Clerk of the Court
File