CLOSED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PHILLIP C. ENGERS, WARREN J. MCFALL, DONALD G. NOERR, and GERALD SMIT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T, INC., AT&T PENSION BENEFIT PLAN, and AT&T PUERTO RICAN PENSION BENEFIT PLAN,<br><br>Defendants. | Civil Action No. 98-3660 (SRC)<br><br>**ORDER** |

**CHESLER**, **U.S.D.J.**

This matter having come before the Court on three motions: 1) the motion for summary judgment, pursuant to Federal Rule of Civil Procedure 56, by Defendants AT&T, Inc., AT&T Pension Benefit Plan, and AT&T Puerto Rican Pension Benefit Plan (collectively, "Defendants"); 2) the motion for partial summary judgment, pursuant to Federal Rule of Civil Procedure 56, by Plaintiffs Phillip C. Engers, Warren J. McFall, Donald G. Noerr, and Gerald Smit (collectively, "Plaintiffs"); and 3) Defendants' motion for partial summary judgment; and it appearing that this Court reviewed the parties' submissions; and for the reasons set forth in the accompanying Opinion, and good cause appearing,

**IT IS** on this 7th day of June, 2010,

**ORDERED** that Defendants' motion for summary judgment (Docket Entry No. 414) is **GRANTED**, and judgment is hereby entered in Defendants' favor on the First, Second, Fourth,

Fifth, Tenth, and Twelfth Claims; and it is further

ORDERED that Plaintiffs' motion for partial summary judgment (Docket Entry No. 454) is **DENIED**; and it is further

ORDERED that Defendants' motion for partial summary judgment (Docket Entry No. 442) is **DENIED**.

                                                    s/ Stanley R. Chesler
                                                Stanley R. Chesler, U.S.D.J.